# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYNITA PHILLIPS ABU,<br><br>　　　　　　　Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO and DAVID LOVEJOY,<br>　　　　　　　Defendants. | Case No.: 3:21-cv-01622-BTM-AGS<br><br>**ORDER GRANTING JOINT MOTION**<br><br>**[ECF NO. 23]** |

On June 17, 2022, the Court dismissed "DOES 1-10" from this action. (ECF No. 11). Plaintiff's amended complaint removed DOES 1-10 from the caption, in recognition of the Court's decision. (ECF No. 12). The parties have now filed a joint motion to dismiss the remaining defendants, the County of San Diego and David Lovejoy, with prejudice. (ECF No. 23).

For good cause shown, the joint motion is **granted**. (ECF No. 23). All claims and parties are dismissed with prejudice, with each party to bear their own costs and fees. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: January 27, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　United States District Judge